Same case below, 617 F.3d 612.

**No. 10-10303. Leonard Mitchell, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2949, 180 L. Ed. 2d 238, 2011 U.S. LEXIS 4130.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 435.

**No. 10-10308. Jessie Monghan, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2949, 180 L. Ed. 2d 238, 2011 U.S. LEXIS 4051.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 409 Fed. Appx. 872.

**No. 10-10312. Xavier D. Bates, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2949, 180 L. Ed. 2d 238, 2011 U.S. LEXIS 4121.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.